UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 07-276 (ESH) |
| | : | |
| v. | : | |
| | : | |
| PROCLAD INTERNATIONAL PIPELINES, LIMITED, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Jonathan M. Malis, D.C. Bar Number 454548, telephone number (202) 305-9665, Jonathan.M.Malis@usdoj.gov; and this is the notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 498610

By:      /s/
Jonathan M. Malis
D.C. Bar No. 454548
Assistant United States Attorney
(202) 305-9665
Jonathan.M.Malis@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was caused to be served via U.S. Mail and Facsimile, upon the attorney for the defendant, Zachary J. Harmon, King & Spalding, LLP, 1700 Pennsylvania Avenue, N.W., Suite 200, Washington, D.C. 20006-4706 (202-626-3737 facsimile), on this 17th day of October, 2007.

     /s/
Jonathan M. Malis
Assistant United States Attorney