**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO.: 1:07-cr-00276 (ESH)** |
| **v.** | ) | |
| | ) | |
| **PROCLAD INTERNATIONAL,** | ) | |
| **PIPELINES, LIMITED,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To Nancy Mayer-Whittington, Clerk:

You are hereby notified that I have been retained by the Defendant, Proclad International

Pipelines, Limited, to appear in this case.

I hereby declare that I am familiar with the Federal Sentencing Guidelines, as required

under LCrR 44.5(b).

October 22, 2007                                    Respectfully submitted,

                                         /s/
                                    Zachary J. Harmon
                                    D.C. Bar No. 453125
                                    KING & SPALDING LLP
                                    1700 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006
                                    Tel: (202) 737-0500
                                    Fax: (202) 626-37347