UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> v. ) </br> ) </br> PROCLAD INTERNATIONAL, ) </br> PIPELINES, LIMITED, ) </br> ) </br> Defendant. ) </br> ) | CRIMINAL NO.: 1:07-cr-00276 (ESH) |

**PROCLAD INTERNATIONAL PIPELINES, LIMITED'S RULE LCrR 44.6 DISCLOSRURE OF CORPORATE AFFILATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Proclad International Pipelines, Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Proclad International Pipelines, Limited which have any outstanding securities in the hands of the public.

**National Industries Group Holding S.A.K.**

These representations are made in order that judges of the Court may determine the need for recusal.

Attorney of Record for Proclad International Pipelines, Limited.

October 22, 2007

Respectfully submitted,

　　　/s/
Zachary J. Harmon
D.C. Bar No. 453125
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-37347