AO 455 (Rev. 5/85)    Waiver of Indictment    ⊕

# United States District Court

_____ for the _____ **DISTRICT OF** _____ Columbia _____

**FILED**

UNITED STATES OF AMERICA

V.

**NOV 3 0 2007**    **WAIVER OF INDICTMENT**

Proclad International Pipelines, Inc.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER:    CR: 07-276

designated representative of

I, _Alan McIntosh Rodger_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___November 30, 2007___ prosecution by indictment and consent that the
                        Date

proceeding may be by information rather than by indictment.

_____
Defendant - Designated Representative

_____
Counsel for Defendant

Before _____
            Judicial Officer