*Attachment 1*
*CR: 07-276*

**Company No. 02978662**

# RESOLUTION

## OF

## THE BOARD OF DIRECTORS OF

## PROCLAD INTERNATIONAL PIPELINES LIMITED

## PASSED 13 SEPTEMBER 2007

FILED

NOV 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At a meeting of the Board of Directors of the above named company duly convened and held on 13 September 2007, the following resolution was duly passed:

THAT:

Proclad International Pipelines Limited ("the Company") do enter into a plea agreement with the United States Department of Justice (District of Columbia) as presented to the Board of Directors of the Company on 13 September 2007 AND THAT Zachary Harmon of King & Spalding, 1700 Pennsylvania Avenue NW, Washington, DC20006 – 4706, (or such other attorney at King & Spalding as the Company may nominate in his stead) be empowered to act as the Company's outside Counsel on its behalf for the purposes of and on matters ancillary to the said plea agreement.

Signed .................................

Mr Yaseen Mohamed Jaafar Mohamed Mohsen

Chairman

*Dunfermline 18 September 2007*

*I hereby certify that this is an original & genuine resolution of Proclad International Pipelines Limited.*

*Director*

*Notary Public*

Legal01#9674506v1[SSC]/[KCC1]