UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　v. 　　　　　　　　　　 )<br>PROCLAD INTERNATIONAL 　)<br>PIPELINES, LTD. , 　　　　　　)<br>　　　Defendant. 　　　　　　　)<br>　　　　　　　　　　　　　　　) | CR. No. 2007-276 (ESH/AK) |

REPORT AND RECOMMENDATION

　　　This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to Count One of a one-count Criminal Information, charging the Defendant with willfully attempting to violate the International Emergency Economic Powers Act, 50 U.S.C. §§1701-1706, and the relevant provisions of the Iranian Transactions Regulations, 31 C.F.R. Part 560, and the Export Administration Regulations, 15 C.F.R. Parts 746 and 764.

Hearing on Plea

　　　The Defendant, Proclad International Pipelines, Ltd., through its corporate representative, Alan Rodger, came before the Court on November 30, 2007, represented by counsel, Zachary Harmon. The Government was represented by Assistant United States Attorney Jonathan M. Malis. For the record, Defendant through its corporate representative, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Rodger under oath and ascertained that he was competent to represent the corporate Defendant to enter a plea to Count One of the Criminal Information, and the Court then

proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant's corporate representative of the maximum possible penalty provided by law. The Defendant's corporate representative acknowledged that he wished to waive the Defendant's right to a jury trial before a United States District Court Judge and that by entering a plea of guilty which, if accepted by the District Court, the Defendant would waive its right to appeal a judgment of guilt. The Defendant's corporate representative indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between the Defendant, counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to Defendant in order to secure its plea of guilty in this case. Defendant's corporate representative acknowledged that Defendant willfully attempted to violate the International Emergency Economic Powers Act.

The Court found, after advising Defendant's corporate representative of Defendant's rights, Mr. Rodger's plea of guilty, on behalf of the Defendant, to Count One of the Criminal Information was voluntarily and knowingly made and that Defendant's admissions of guilt encompassed each of the elements of the offense charged in Count One of the Criminal Information.

Recommendation

_____The undersigned recommends that the trial court accept Mr. Rodger's plea of guilty on behalf of Defendant Proclad International Pipelines, Ltd. based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Rodger, on behalf of Defendant, who

was found to be competent and that he fully understood the nature and the consequences of entering such a plea.  Following the entry of the plea of guilty, the case was referred to the Probation Office for a Pre-Sentencing Investigation Report.  Sentencing is set for March 14, 2008, at 9:30 a.m. before United States District Court Judge Ellen Segal Huvelle.

December 7, 2007                                      _____/s/_____
                                                                 ALAN KAY
                                                                 UNITED STATES MAGISTRATE JUDGE