UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 07-276 (ESH) |
| | ) |
| PROCLAD INTERNATIONAL PIPELINES, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

In a hearing before Magistrate Judge Alan Kay on November 20, 2007, defendant entered a plea of guilty. On December 7, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

   **SO ORDERED.**

*Ellen Segal Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

Date: December 27, 2007