## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PROCLAD INTERNATIONAL, ) <br> PIPELINES, LIMITED, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL NO.: 1:07-cr-00276 (ESH) |

## NOTICE OF APPEARANCE

To Nancy Mayer-Whittington, Clerk:

Please enter my appearance in the above-captioned case as attorney for the Defendant, Proclad International Pipelines, Limited.

I hereby declare that I am familiar with the Federal Sentencing Guidelines, as required under LCrR 44.5(b).

March 5, 2008

Respectfully submitted,

      /s/
Joshua C. Toll
D.C. Bar No. 463073
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737