UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 07-276-01(ESH) |
| | : | |
| v. | : | Sentencing: March 14, 2008 |
| | : | |
| PROCLAD INTERNATIONAL PIPELINES, LIMITED, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Amy Jeffress is entering her appearance in this case on behalf of the United States.
.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          for the District of Columbia
                                          D.C. Bar No. 498610


                    By:          /s/
                            Amy Jeffress
                            D.C. Bar No. 449258
                            Assistant United States Attorney
                            National Security Section, Room 11-435
                            555 Fourth Street NW
                            Washington, DC 20530
                            (202) 514-7624
                            Amy.Jeffress@usdoj.gov