HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-276</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| PROCLAD INTERNATIONAL PIPELINES, LTD | : | Disclosure Date: <u>February 14, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                              Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant             28 FEB 2008                 Defense Counsel         2-28-08
                      Date                                                 Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>February 28, 2008</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office

FOR THE COURT

By: Gennine A. Hagar, Chief
United States Probation Officer

FEB-28-2008 10:51  KING & SPALDING LLP                      2029626 STST     P.03
Case 1:07-cr-00276-ESH   Document 15   Filed 03/14/2008   Page 2 of 2

**Receipt and Acknowledgment**                                              **Page 2**

Paragraph 28 of the Presentence Investigation Report incorrectly lists the date that the Defendant changed its name to the current name (Proclad International Pipelines, Limited) as October 5, 2002. The correct date is May 10, 2002. This should also be corrected on page 2 at the end of the list of "Other Organizational Names." The error likely resulted from reliance on a date listed as "10/5/02," which in the European format signifies May 10, 2002.

Signed by: _____
Attorney for the Defendant

Date: _Feb 28, 2008_